Norman C. Kleinberg
Theodore V. H. Mayer
William J. Beausoleil
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004-1482
(212) 837-6000

*Attorneys for Defendant Merck & Co., Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------x
IN RE:                                              :
Fosamax Products Liability Litigation               :
-----------------------------------------------------x
*This Document Relates to:*                          :        1:06-md-1789 (JFK)
Linda Anderson  & Mike P. Anderson                   :
v. Merck & Co., Inc.                                 :
                                                     :
Case No: 1:07-cv-8041-JFK                            :        **Rule 7.1 Statement**
-----------------------------------------------------x

          Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable

Judges and Magistrate Judges of the Court to evaluate possible disqualification or

recusal, the undersigned attorneys of record for Defendant Merck & Co., Inc. certify that

it has no parent companies and are not aware of any beneficial owner of more than ten

percent of its Common Stock.

Dated: New York, New York
       October 22, 2007

                        Respectfully submitted,

                        HUGHES HUBBARD & REED LLP

                        By:  /s/_____
                            Norman C. Kleinberg
                            Theodore V. H. Mayer
                            William J. Beausoleil

                        One Battery Park Plaza
                        New York, New York 10004-1482
                        (212) 837-6000
                        *Attorneys for Defendant Merck & Co., Inc.*